UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ESCO EMPLOYEE SAVINGS INVESTMENT PLAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL R. YAMMINE et al., )<br>)<br>Defendants. ) | Case No. 4:05CV00710 ERW |

## MEMORANDUM AND ORDER

This matter comes before the Court upon Defendant Virginia Yammine's Motion in Limine to Exclude Witnesses and Exhibits Sought to be Introduced by Defendants Michael and Christine Yammine [doc. #37]. A hearing was held on April 6, 2006. After considering the arguments and representations made during the hearing on this matter, the Court orders as follows:

**IT IS HEREBY ORDERED** that the April 17, 2006 non-jury trial date in this matter is **VACATED**.

**IT IS FURTHER ORDERED** that counsel for Michael and Christine Yammine and Virginia Yammine shall appear before this Court on **April 17, 2006** at **9:00 a.m.** for a status conference. Out-of-town counsel may participate by telephone by notifying chambers of his desire to do so in advance of said conference.

**IT IS FURTHER ORDERED** that Defendant Virginia Yammine's Motion in Limine to Exclude Witnesses and Exhibits Sought to be Introduced by Defendants Michael and Christine Yammine [doc. #37] is **DENIED as moot**.

Dated this <u>6th</u> day of April, 2006.

*/s/ E. Richard Webber*

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

1